# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                         In Replying Give Number
Clerk                                                                                                        Of Case and Names of Parties

May 9, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 9, 2024, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.
PLEASE REFER TO CALENDAR #21.***

| | |
|---|---|
| 23-11791 | Tania Lopez v. Costco Wholesale Corp. (REVISED ARGUMENT DATE) |
| 23-10794 | United States v. Javarese Holmes (REVISED ARGUMENT DATE) |
| 23-10925 | United States v. Ivonne Lezcano |
| 22-13764 | United States v. Johnathan Morris (REVISED ARGUMENT DATE) |
| 23-11411 | Joseph Simone v. Secretary of Homeland Security (REVISED ARGUMENT DATE) |
| 22-13215 | United States v. Mikel Mims |
| 23-11526 | United States v. Clevon Webster |
| 23-10833 | Ricardo Martinelli Berrocal v. Attorney General of the U.S., et al. |
| 22-13945 | Elie Nehme v. Florida International University Board of Trustees |
| 22-13816 | Amaury Izquierdo, et al. v. Certain Underwriters at Lloyd's London Subscribing |
| 23-11699 | Sonny Ramdeo v. United States |
| 23-11327 | UHS of Delaware, Inc., et al. v. Secretary of Labor |
| 23-13152 | Otto Candies, LLC, et al. v. Citigroup Inc. |
| 22-13606 | United States v. Jimika Williams |
| 23-12568 | Jose Ramon Lopez Regueiro v. American Airlines, Inc., et al. |
| 23-10073 | Ivan Jimenez, et al. v. Department of Homeland Security, et al. |