# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| JOSÉ RAMÓN LÓPEZ REGUEIRO,  ) | |
|     *Plaintiff-Appellant*,  ) | |
|   ) | |
| v.  ) | No. 23-12568 |
|   ) | |
| AMERICAN AIRLINES, Inc.,  ) | |
|     *Defendant-Appellee*.  ) | |

## MOTION OF ROBERT N. STANDER TO WITHDRAW AS COUNSEL

I, Robert N. Stander, represent Defendant-Appellee American Airlines, Inc. in this matter.  I respectfully seek leave to withdraw as counsel because I will be leaving Jones Day and private practice beginning April 18, 2025.  American Airlines will continue to be represented by Ricardo H. Puente and Alexa R. Baltes of Jones Day in this appeal.

Date: April 18, 2025

Respectfully submitted,

*/s/ Robert N. Stander*
Robert N. Stander
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939
rstander@jonesday.com

*Counsel for Defendant-Appellant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF COMPLIANCE

Under Fed. R. App. P. 32(c)(1) and 32(g)(1), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 55 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word.

*/s/ Robert N. Stander*
Robert N. Stander

*Counsel for Defendant-Appellant*

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, .1-2, and .1-3, Defendant-Appellee American Airlines, Inc. certifies that the following persons and entities may have an interest in the outcome of this case.

1. Aguinaga, Jorge Benjamin, Esq. (counsel for Appellee)

2. American Airlines, Inc. (Appellee) is the wholly owned subsidiary of American Airlines Group Inc., publicly traded on the Nasdaq Stock Exchange under the ticker AAL.

3. American Airlines Group Inc. is the Appellee's parent company and a publicly held corporation traded on the Nasdaq Stock Exchange under the ticker AAL.

4. Freyre, Pedro A. – Counsel for LATAM Airlines Group, S.A.

5. Garcia, Mayra

6. Hogan, Michelle (counsel for Appellee)

7. Jones Day (counsel for Appellee)

8. López Regueiro, José Ramón (Appellant)

9. Louis, Lauren F. (United States Magistrate Judge)

10. Malave, Ana C., Esq. (counsel for Appellant)

11. Martinez, Hon. Jose E. (United States District Court Judge)

12. Mecias, Angelica, Esq. (counsel for Appellant)

13. Mestre, Jorge, Esq. (counsel for Appellant) USCA11 Case: 23-12568

14. Pace, Christopher R.J., Esq. (counsel for Appellee)

15. Perez Hernandez, Luis A. – Counsel for LATAM Airlines Group, S.A.

16. Puente, Ricardo Hugo, Esq. (counsel for Appellee)

17. Rivero, Andrés, Esq. (counsel for Appellant)

18. Rivero Mestre LLP (counsel for Appellant)

19. Rolnick, Alan H. Esq., (counsel for Appellant)

20. Sosa, Lolita T. – Counsel for LATAM Airlines Group., S.A.

21. Stander, Robert Nolan, Esq. (counsel for Appellee)

22. Trujillo, Sylmarie, Esq. (counsel for Appellant)

23. Vazquez, Manuel, Esq. (counsel for Appellant)

24. Winston & Strawn LLP (counsel for Appellee)

Appellee certifies that no other judges, attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal.

/s/ *Robert N. Stander*
Robert N. Stander

*Counsel for Defendant-Appellant*

# CERTIFICATE OF SERVICE

I certify that, on April 18, 2025, I filed the forgoing motion using this Court's Appellate CM/ECF system, which effected service on all parties.

*/s/ Robert N. Stander*
Robert N. Stander

*Counsel for Defendant-Appellant*
